**IN RE: Larry D. HILL, Jr., Petitioner.**

No. 17-1454

United States Court of Appeals, Fourth Circuit.

Submitted: May 23, 2017

Decided: May 26, 2017

Larry D. Hill, Jr., Petitioner Pro Se.

Before KING, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry D. Hill, Jr., petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion and other related motions. He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we

grant Hill leave to proceed in forma pauperis and deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*